UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 11-95 |
| EFRAIN GRIMALDO | SECTION "R" |

JURY VERDICT FORM

---
COUNT 1:
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE HYDROCHLORIDE
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846)
---

1. We, the Jury, unanimously find the Defendant, Efrain Grimaldo:

    _____    \_\_\_\_✓\_\_\_\_
    NOT GUILTY       GUILTY

of conspiracy to distribute and possess with the intent to distribute cocaine hydrochloride.

   If you find the defendant not guilty of this offense, do not answer the following questions. If you find the defendant guilty of this offense, please answer the following additional questions:

We, the Jury, unanimously find beyond a reasonable doubt that the overall scope of the conspiracy involved:

    \_\_✓\_\_\_\_    5 kilograms or more of cocaine hydrochloride

    _____    between 500 grams and 5 kilograms of cocaine hydrochloride

    _____    less than 500 grams of cocaine hydrochloride

We, the Jury, unanimously find beyond a reasonable doubt that the following quantity of cocaine hydrochloride is attributable to defendant Efrain Grimaldo:

____✓____  5 kilograms or more of cocaine hydrochloride

_____  between 500 grams and 5 kilograms of cocaine hydrochloride

_____  less than 500 grams of cocaine hydrochloride

Please have the foreperson sign and date the form and return to the courtroom.

New Orleans, Louisiana, this 26th day of February, 2014.

_____
FOREPERSON