# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 11-95** |
| **v.** | * | **SECTION: "R"** |
| **EFRAIN GRIMALDO** | * | |
| | * * * | |

## GOVERNMENT'S MEMORANDUM SEEKING TRANSFER OF DEFENDANT'S MOTION FOR RELIEF UNDER AMENDMENT 782 TO RETROACTIVITY SCREENING COMMITTEE FOR AMENDMENT 782

**NOW INTO COURT,** appearing through the undersigned Assistant United States Attorney, comes the United States of America, and hereby submits the following memorandum in response to the defendant's motion under 18 U.S.C. § 3582(c)(2) for a reduction in sentence under Amendment 782 to the United States Sentencing Guidelines, which revised the Drug Quantity Table in U.S.S.G. § 2D1.1, reducing by two levels the offense level applicable to many drug trafficking offenses. The amendment became effective on November 1, 2014, but no defendant may be released on the basis of the retroactive amendment before November 1, 2015.

As a general rule, a criminal sentence is final upon completion of direct review, and the sentencing court thereafter lacks authority to revisit it. *Dillon v. United States*, 560 U.S. 817, 824 (2010). Section 3582(c)(2) states a limited exception to this rule, providing:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is

> consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2).

The provision referenced in this statute, 28 U.S.C. § 994(o), authorizes the Commission to periodically review and revise the guidelines. Under this authority, on April 30, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types. Consistent with Section 994(p), the Commission stated that the amendment became effective on November 1, 2014. On July 18, 2014, the Commission voted, pursuant to the authority provided in 28 U.S.C. § 994(u),[1] to make Amendment 782 applicable to previously sentenced defendants. The Commission further ordered that the effective date of a sentencing modification must be November 1, 2015, or later.

In accordance with Amendment 782, Chief United States District Judge Sarah S. Vance issued a standing order creating the Retroactivity Screening Committee for Amendment 782, consisting of the Chief Probation Officer or his designee(s), as chairperson, the United States Attorney or his designee(s), and the Federal Public Defender, or his designee(s).

> The committee is directed to screen all cases of defendants identified by the United States Administrative office for the United States Courts ("AO") or the United States Sentencing Commission ("USSC") as potentially eligible for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) as a result of the retroactive application of Amendment 782, as included in USSG § 1B1.10(c), effective November 1, 2014.

---

[1] Section 994(u) states: "If the Commission reduces the term of imprisonment recommended in the guidelines applicable to a particular offense or category of offenses, it shall specify in what circumstances and by what amount the sentences of prisoners serving terms of imprisonment for the offense may be reduced."

> **The committee is also directed to screen the cases of all defendants who file motions seeking reductions in sentence under 18 U.S.C. § 3582(c)(2) as a result of the retroactive application of Amendment 782.**

Standing Order, pp. 1-2 (emphasis added), attached as Exhibit "A." Because this motion seeks a reduction in sentence under 18 U.S.C. § 3582(c)(2) as a result of the retroactive application of Amendment 782, it should be transferred to the Retroactivity Screening Committee for Amendment 782 for consideration.

WHEREFORE the government respectfully requests that this Court transfer the defendant's § 3582 motion to the Retroactivity Screening Committee for Amendment 782.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ John F. Murphy
JOHN F. MURPHY
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone No: (504) 680-3126

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I caused the foregoing document to be placed in first class mail addressed to defendant, Efrain Grimaldo, Register No. 30863-379, FCC-Yazoo City Medium, P O. Box 5000, Yazoo City, Mississippi 39194-5000.

      /s/John F. Murphy
      Assistant United States Attorney