TENDERED FOR FILING

NOV 27 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 27 2017

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EFRAIN GRIMALDO, | § |
| Petitioner, | §  CASE NO. 11:95-CR-"R"(5) |
| v. | § |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

### MOTION TO SUPPLEMENT AND REQUEST FOR DISPOSITION OF 18 U.S.C. § 3582(c)(2) MOTION FOR A REDUCTION OF TIME PURSUANT TO 18 U.S.C. § 3582(c)(2) AND IN CONJUNCTION WITH AMENDMENT 782

COMES NOW, Petitioner, Efrain Grimaldo, acting in pro per (pro se), respectfully submits this Motion For DISPOSITION of his 18 U.S.C. § 3582(c)(2) Motion For a Reduction of Time in conjunction with Amendment 782 and to SUPPLEMENT his Motion For A Reduction For Time based on a NEW ATTACHED UPDATED Program Review that concerns Petitioner's Post-Sentencing Rehabilitation, pursuant to all Federal Rules, Regulations and Procedures in conjunction with 18 U.S.C. § 3582(c)(2) and Amendment 782. Petitioner further prays that this Court continue to construe his pleadings in light of <u>Haines v. Kerner</u>, 404 U.S.C. 519, 520-21 (1972), holding that, "pro se litigants are to be held to a lesser standard of review than lawyers who are formerly trained in the law, and are entitled to a liberal construction of their pleadings."

### FACTS

1) As of the date of this Motion, Petitioner has not received any RESPONSE, DISPOSITION, and/or FINAL ORDER in regards to relief to be GRANTED for a two level reduction based on a retroactive Amendment 782 that Petitioner is entitled to for RELIEF.

2) Petitioner has attached as an EXHIBIT an updated PROGRAM REVIEW with new classes/programming that he has successfully completed since his original filing of his § 18 U.S.C. § 3582(c)(2) Petition that would account for his post-sentencing rehabilitation and in relation to 18 U.S.C. § 3553(a) sentencing factors.   SEE EXHIBIT 1.

THEREFORE, based on the foregoing, Petitioner respectfully requests that this Court SUPPPLEMENT his current PROGRAM REVIEW that reflects his consistency in regards to his post-sentencing rehabilitation and 18 U.S.C. § 3553(a) sentencing factors.  Petitioner also requests for his current disposition of his 18 U.S.C. § 3582(c)(2) Motion and final ORDER of his Motion, all in the interest of justice.

RESPECTFULLY SUBMITTED on this 10th day of October, 2017.

*Efrain Grimaldo*
Efrain Grimaldo/Petitioner
INPRO PER/Affiant/Movant

Reg. No. 30863-379
FCC-Yazoo City Medium
PO Box 5000
Yazoo City, MS 39194-5000

# EXHIBIT 1

TENDERED FOR FILING

NOV 27 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# CERTIFICATE OF SERVICE

I, __Efrain Grimaldo__ hereby certify that I have served a true and correct copy of the following:

MOTION TO SUPPLEMENT

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [see **Houston v. Lack**, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage pre-paid envelope addressed to:

| | |
|---|---|
| US District Court<br>Eastern District of Louisiana<br>Clerk of the Court<br>US Courthouse | US Attorney's Office<br>Eastern District of Louisiana<br>US Courthouse |

This LEGAL ACTION was deposited in the United States Mail at the FCC-Yazoo City Legal Mail Room, located in Yazoo City, Mississippi. **I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.**

EXECUTED and SIGNED on this __10__ day of __October__, 201__7__.

*Efrain Grimaldo*
(Efrain Grimaldo
Petitioner/IN PRO PER
Reg. No.  30863-379

- 3 -

```
YAM33              *        INMATE EDUCATION DATA        *      10-10-2017
PAGE 001 OF 001 *               TRANSCRIPT               *      14:31:08

REGISTER NO: 30863-379    NAME..: GRIMALDO                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAM-YAZOO CITY MED FCI

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
YAM  ESL HAS    ENGLISH PROFICIENT       12-12-2014 1451 CURRENT
YAM  GED XN     EXEMPT GED NON-PROMOTABLE 12-12-2014 1452 CURRENT

------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV   HRS
YAM        RECREATION HEALTH FAIR        05-08-2015  05-08-2015  P   C  P    2
YAM        COMMERCIAL DRIVER'S LICENSE   03-20-2015  05-21-2015  P   C  P   16
YAM        BASIC KEYBOARDING SKILLS      03-20-2015  05-21-2015  P   C  P   16
YAM        DECODING RECIDIVISM           03-20-2015  04-16-2015  P   C  P    8
YAM        RPP3-FINANCIAL ANALYSIS 2     03-20-2015  04-16-2015  P   C  P    8
YAM        RPP 2-BUSINESS PLANNING 2     03-20-2015  04-14-2015  P   C  P    8
YAM        RPP2 ENTREPRENEUR OPPORTUNITY 02-13-2015  03-19-2015  P   C  P    8
YAM        RPP2-BUSINESS ETIQUETTE       02-13-2015  03-17-2015  P   C  P    8
YAM        CONVERSATIONAL ENGLISH        01-07-2015  03-14-2015  P   C  P   16
YAM        SPANISH I                     01-07-2015  03-10-2015  P   C  P   16
YAM        RPP2-CAREER RESOURCE SEMINAR  03-04-2015  03-04-2015  P   C  P    2
YAM        RPP3 BASIC FINANCE            12-30-2014  01-29-2015  P   C  P    8
YAM        RPP3 BUDGETING                12-30-2014  01-27-2015  P   C  P    8
YAM        RPP1 AIDS AWARENESS           12-18-2014  12-18-2014  P   C  P    1

-------------------------------- HIGH TEST SCORES ------------------------------
TEST       SUBTEST        SCORE    TEST DATE    TEST FACL   FORM      STATE
TABE D     LANGUAGE        6.3     02-05-2015   YAM         9
           MATH APPL       8.0     02-05-2015   YAM         9
           MATH COMP       5.4     02-05-2015   YAM         9
           READING         9.1     02-05-2015   YAM         9




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Efrain Grimaldo #30863-379 E-3 (125)
Federal Correctional Complex MEDíum
P.O Box 5000
Yazoo City, MS. 39194






◇30863-379◇
Us Distric Court
500 Poydras ST
Eastern District OF LA
NEW Orleans, LA 70130
United States