United States District Court
Eastern District of Louisiana



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     MAY 02 2019
                    WP

WILLIAM W. BLEVINS
CLERK

Efrain Grimaldo,
   Petitioner,


vs.                              Case No: 11-cr-00095
                                        11-95 "R"(5)

United States of America,
   Respondent.


            Motion for Appointment
                of Counsel


    Comes now, Efrain Grimaldo, on this 30ᵗʰ day of April, 2019, moving this honorable court to appoint counsel to 5ᵗʰ Cir. R. 27-2. In support of this motion, the petitioner states as follows:


    ① The petitioner seeks qualification in light of the new First Step Act and Fair Sentencing Act due to prior history being used to over sentence the petitioner.


    ② The petitioner asks the court to appoint counsel to represent him and review his case(s) and Presentence Investigation Report (PSR) or (PSIR) to determine qualification. The petitioner is indigent and cannot afford to hire a lawyer. An affidavit of insolvency is attached.     TENDERED FOR FILING
                                                        Fee _____
                                                        Process _____
                                                        X Dktd _____
                                                        CtRmDep _____
        MAY 02 2019                                     Doc. No. _____

        U.S. DISTRICT COURT
        Eastern District of Louisiana
        Deputy Clerk

③ On September 2, 2014 the petitioner was sentenced to 405 months in a charge of 21 U.S.C 841(A)(1), 21 U.S.C 841(B)(1)(A) and 21 U.S.C 846 conspiracy to possess with intent to distribute five kilograms or more of cocaine hydrochloride, where the petitioner's criminal history was over-represented. According to Alleyne v. United States 133 S. Ct 2151, 186 L. Ed. 2d 314 (2013), the petitioner's prior convictions should be submitted to a jury to prove beyond a reasonable doubt that the petitioner qualified as a Career Offender, which increased the petitioner's sentence. The petitioner was sentenced as a Career Offender. (See Gall v. United States and Cunningham v. California). It unavoidably follows that any (190 L. Ed. 2d 280) fact necessary to prevent a sentence from being substantively unreasonable - thereby exposing the defendant to the longer sentence - is an element that must be either admitted by the defendant or found by the jury. It may not be found by a judge. This is in fact is an error on the Court's behalf. Alleyne clearly indicates any fact that, by law increases the penalty for a crime is an "element" that must be submitted to the jury and found beyond a reasonable doubt. In the defendant's case his due process was violated not being offered a plea deal.

④ However, the petitioner ask this court to overlook his past convictions and on any account double jeopardy was clearly presented, after the petitioner had already served and paid for his time and debt to society for crimes that were committed in the petitioner's prior history if any.

⑤ The petitioner wishes to file a motion in light of the new First Step Act and Fair Sentencing Act post conviction relief due to both reflecting a colorable or justiciable issue or a meritorious grievance.

Wherefore, the petitioner moves this court to appoint counsel to represent him in the determination of qualification in the above-entitled case(s), or to grant such other relief as justice may require.

Respectfully Submitted Pro Se'
Efrain Grimaldo
# 30863-379
Federal Correctional Institution
Post Office Box 699
Estill, SC 29918

Certificate Service

A true and correct copy of the foregoing was mailed to the following, this 30th day of April, 2019.

United States District Court
Eastern District of Louisiana
Sarah S. Vance
United States District Judge
500 Poydras Street, Room C-151
New Orleans, LA 70130

John F. Murphy
United States Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130

United States District Court
Eastern District of Louisiana

United States of America,
    Plaintiff,

vs.                                    Case No: 11 - cr - 00095
                                              11 - 95 "R"

Efrain Grimaldo,
    Defendant.

## Affidavit of Insolvency

Before me, the undersigned authority, personally appeared the defendant, he is insolvent and unable to employ counsel, and that he has not divested himself of any property, either real or personal, in order to take advantage of this, his oath. That he, at this time, is wholly without sufficient funds and order adjudging this defendant insolvent, he will be deprived of counsel. The affiant offers himself up to the court for the purpose of further examination into his insolvency.

Respectfully Submitted Pro Se'
Efrain Grimaldo
# 30863 - 379
Federal Correctional Institution
Post Office Box 699
Estill, SC 29918

Un-Notarized Oath

Comes now, Efrain Grimaldo, on this 30th day of April, 2019, under the penalties of perjury, do hereby declare the foregoing information herein to be true and correct to the best of my knowledge.

Efrain Grimaldo
# 30863-379
Federal Correctional Institution
Post Office Box 699
Estill, SC 29918

Efrain Grinaldo # 30863-379 Unit CA
Federal Correctional Institution
P.O. Box 699
Estill, South Carolina 29918-0699

CHARLESTON S

29 APR 2019

FOREVER / USA

FOREVER / USA

United States District Court Judge

Sarah S. Vance

◇30863-379◇
Us Distric Court
500 Poydras ST, Room c-151
Eastern District OF LA
NEW Orleans, LA 70130
United States

7013 ──────── 

───── Legal Mail ─────